# Court of Appeals
# of the State of Georgia

ATLANTA, __May 13, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A1471. WILLIE C. WALTON, II v. AILEEN WALTON.**

Willie C. Walton, II filed this direct appeal from the trial court's order dismissing his notice of appeal in this garnishment case. We, however, lack jurisdiction.

Although an order dismissing a notice of appeal generally is directly appealable, see *Sotter v. Stephens*, 291 Ga. 79, 81 (727 SE2d 484) (2012), it is well settled that the underlying subject matter of an appeal controls in determining the proper appellate procedure. *Ledford v. Mobley*, 321 Ga. App. 761, 762 (743 SE2d 461) (2013). "[A]n application for appeal is required when the underlying subject matter of the appeal is listed in OCGA 5-6-35 (a), even though the party may be appealing a judgment or order that is procedurally subject to a direct appeal under OCGA § 5-6-34 (a)." *Avren v. Garten*, 289 Ga. 186, 192 (7) (710 SE2d 130) (2011).

Under OCGA § 5-6-35 (a) (4), appeals in garnishment cases must be made by filing a timely application for discretionary appeal. See *Lamb v. First Union Brokerage Svcs.*, 263 Ga. App. 733, 736 (1) (589 SE2d 300) (2003). Willie Walton's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/13/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*